UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-203

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| AKEEM OLAJUWAN DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 3, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to 21

U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Count

One in the Bill of Indictment and evidence already on record; and was adjudged guilty of the

offense charged in that count.

On December 14, 2011 through January 12, 2012, the United States published via

www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the

forfeited property according to law, and further notifying all third parties of their right to petition

the Court within sixty days from December 14, 2011 for a hearing to adjudicate the validity of

any alleged legal interest in the property. It appears from the record that no such petitions have

been filed. Based on the record in this case, including the defendant's plea of guilty, the Court

finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that

is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as

final. All right, title, and interest in the following property, whether real, personal, or mixed, has

therefore been forfeited to the United States for disposition according to law:

**One Mossberg model 500A, 12 gauge shotgun, serial number R310419 and ammunition.**

Signed: February 23, 2012

Robert J. Conrad, Jr.
Chief United States District Judge